```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, CA  94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiff
 6
 7
                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
    ROBERT J. WIESEN,                )   CASE NO.  C 06 1629 JL
12                                   )
                Plaintiff,            )   Before the Honorable JAMES LARSON
13                                   )
14       v.                          )   [PROPOSED] ORDER VACATING
                                     )   AND/OR CONTINUING CASE
15  ASTRAZENECA PHARMACEUTICALS,     )   MANAGEMENT CONFERENCE
    L.P., ASTRAZENECA, L.P., AND ELI LILLY )
16  AND COMPANY,                     )   Conference Date:   June 28, 2006
                                     )   Conference Time:   10:30 AM
17              Defendants.          )   Location:          Courtroom F, 15TH Floor
18                                   )                      San Francisco
                                     )
19                                   )
                                     )
20                                   )
                                     )
21
22
23       For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
24  hereby continues the June 28, 2006 Case Management Conference ("CMC") to
25  October 25, 2006, at 10:30 a.m. In the event the case is not transferred as part of the MDL
26  No. 1769 – In re Seroquel Products Liability Litigation and/or as part of MDL No. 1596 – In re
27
28
```

- 3 -   [PROPOSED] ORDER

*Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 26, 2006

_____
Honorable
United States Judge James Larson

*IT IS SO ORDERED* (stamp, signed James Larson, United States District Court, Northern District of California)