IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. WIESEN,

    Plaintiff,

v.

ASTRAZENECA PHARMACEUTICALS,

    Defendant.

No. C 06-01629 JSW

**ORDER RE NOTICE OF PENDING ADMINISTRATIVE MOTION**

The Court has received Plaintiff's Notice of Pending Motion for Administrative relief, in which he advises the Court that an omnibus motion to dismiss that encompassed this case was pending in case 06-1485, a matter that has not been reassigned to this Court. Accordingly, the pending motion is not before this Court for consideration. If Plaintiff wishes to pursue the request before this Court, he shall file a motion in this case. If other cases covered by the pending Administrative Motion have been transferred to this Court, the plaintiffs in those cases shall file a motion in those cases. If plaintiffs wish to file an omnibus motion, any such motion should be filed in all cases encompassed within the motion.

**IT IS SO ORDERED.**

Dated: July 20, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE