IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. WEISEN<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS,<br>L.P. et al.<br><br>    Defendant. | No. C 06-1629 JSW<br><br>**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER OF DISMISSAL AND ASTRAZENECA DEFENDANTS' MOTION TO STAY** |

The Court has before it for consideration Plaintiff's Motion for Administrative Relief for Order Approving Dismissal Without Prejudice, and Defendant's Motion for Administrative Relief to Stay Action Pending Transfer to Multidistrict Proceedings.

Northern District Civil Local Rule 7-11 sets forth the type of matters that are considered proper subjects of a motion for administrative relief. Specifically, the rule provides:

> during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge. These motions would include matters such as motions to exceed otherwise applicable page limitations or motions to file documents under seal, for example.

Although the Court has previously addressed administrative motions filed by other plaintiffs in the many cases pending in this district against the Astrazeneca, the Court has reconsidered its earlier decisions and concludes that this request is not a proper subject for a motion for administrative relief. Further, while it is likely that the Astrazeneca Defendants' filed their current motion as a motion for administrative relief in response to Plaintiff's motion,

again, the Court concludes the relief sought by that motion is not the proper subject of a motion for administrative relief.

Accordingly, to the extent the parties request that this Court address these issues within the time frame contemplated by Local Rule 79-5, those requests are DENIED. The Court does not require further briefing on Plaintiff's motion, which is complete. However, the parties shall meet and confer to find a mutually agreeable hearing date on this Court's regular law and motion calendar. The opposition and reply briefs on Defendant's motion to stay shall be filed and served in accordance with the deadlines set forth in Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: August 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE